BENJAMIN NACHIMSON (State Bar No. 166690)
LAW OFFICES OF BENJAMIN NACHIMSON
11755 Wilshire Boulevard, Fifteenth Floor
Los Angeles, California 90025
Telephone: (310) 473-5550
Facsimile: (310) 919-3779
e-mail: bsn@nachimsonlaw.com

Attorneys for Creditor
BANK OF AMERICA, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case 10-32657TC |
| Silvestre Gaytan | Chapter 13 |
| Debtor, | **BANK OF AMERICA'S OPPOSITION TO MOTION TO VALUE COLLATERAL AND STRIP LIENS** |
| Silvestre Gaytan | [NO HEARING SET] |
| vs. | |
| Bank of America | |

Secured Creditor, Bank of America, N.A. , ("BOA"), opposes the Motion for Avoidance of Lien filed by debtor(s) Silvestre Gaytan ("Debtor(s)") on the following grounds:

1. According to the Motion, BAC HOME LOANS SERVICING LP possesses a senior lien in the amount of $300,000.00. The Debtor states that the value of the subject property is approximately $290,000.00. However, BOA has conducted an initial internet comparable sales analysis and believe that the value of the property is approximately $423,179. A copy of the analyses is attached as Exhibit "A." If this

-1-
**BANK OF AMERICA'S OPPOSITION TO MOTION TO VALUE COLLATERAL AND STRIP LIENS**

analysis is correct, then there is equity in the subject property after the senior liens and the Motion would be denied.

    2.    BOA would request a thirty day continuance to allow it an opportunity to conduct a more through appraisal of the property. At that time, BOA would either file a more comprehensive opposition or withdraw its Motion based upon the finding of that appraisal.

Dated: 09/17/2010     LAW OFFICES OF BENJAMIN NACHIMSON

By: __/s/ Benjamin Nachimson_____
Benjamin Nachimson
Attorneys for Bank of America

-2-
**BANK OF AMERICA'S OPPOSITION TO MOTION TO VALUE COLLATERAL AND STRIP LIENS**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| ... | |
| 27 | |
| 28 | |

# EXHIBIT "A"

-3-
**BANK OF AMERICA'S OPPOSITION TO MOTION TO
VALUE COLLATERAL AND STRIP LIENS**

Case: 10-32657   Doc#: 20   Filed: 09/17/10   Entered: 09/17/10 13:54:33   Page 3 of 5
F:\Documents\Corel User Files\Bank of America Plan Objections\Sylvester Gaytan\Opposition.wpd

# cyberhomes
*Find the right neighborhood. Find the right home.*

**Home**

## 1012 10th Ave, Redwood City, CA 94063



Estimate:
**$423,179**
Change over last month:
—

Estimate range: **$380,861 - $486,655**
Last Updated: **9/1/2010**

| Home facts | |
|---|---|
| Bedrooms: | **2** |
| Bathrooms: | **1** |
| LivingArea: | **910 Sq ft** |
| Lot Size: | **7,000 Sq ft** |
| Type: | **Single Family** |
| Parcel Number: | **055-043-640** |
| County: | **San Mateo** |
| Year Built: | **1942** |
| Total Rooms: | **5** |
| Heating: | **Central** |
| Cooling: | **Central** |
| Number of Stories: | — |
| Legal Description: | **NLY 50 FT OF WLY 140 FT OF LOT 7 BLK 5 FRIENDLY ACRES 1 RSM 20/69 70 CITY OF REDWOOD CITY** |

**Estimated Home Value**



**Assessed Values**

| Year | Improve-ments | Land | Total |
|---|---|---|---|
| 2009 | $127,554 | $127,554 | $255,108 |
| 2008 | $125,053 | $125,053 | $250,106 |
| 2007 | $122,601 | $122,601 | $245,202 |
| 2006 | $120,198 | $120,198 | $240,396 |
| 2005 | $120,198 | $120,198 | $240,396 |

**View this property at:** http://www.cyberhomes.com/homes-redwoodcity-ca-94063/101210thave/11546308.aspx (Report created on: 9/17/2010)

Copyright © 2010 LPS Real Estate Group.
Cyberhomes and Cyberhomes.com are trademarks of FNRES Holdings, Inc. All Rights Reserved.

None of the Cyberhomes™ valuations provided via this site are an appraisal report of the market value of the subject property prepared by a licensed professional appraiser. The valuation has been generated by use of proprietary computer software which assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of home valuation.
The Cyberhomes valuations have not been prepared, evaluated or reviewed by a licensed professional appraiser.

# PROOF OF SERVICE
## (MAIL/OVERNIGHT EXPRESS DELIVERY/FACSIMILE)

STATE OF CALIFORNIA    )
                       ) s.s.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11755 Wilshire Boulevard, Los Angeles, California 90025

On September 17, 2010, I served the foregoing documents described as: **BANK OF AMERICA'S OPPOSITION TO MOTION TO EXTINGUISH THIRD DEED OF TRUST (LIEN) OF BANK OF AMERICA, NA** on the interested parties in this action by placing the **copy** thereof enclosed in sealed envelopes addressed as follows:

**Debtor**
Silvestre Gaytan
1012 10th Ave.
Redwood City, CA 94063

**Debtor's Attorney**
Barbara A. Smart
Smart Legal Services
22693 Hesperian Blvd. #210
Hayward, CA 94541

**Chapter 13 Trustee**
David Burchard
393 Vintage Park Drive
Suite 150
Foster City, CA 94404

**OUST**
Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104

[X]  **BY MAIL.** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]  **BY OVERNIGHT EXPRESS DELIVERY.** I deposited it in a box or other facility regularly maintained by ***, or delivered it to a driver or courier authorized by *** to receive documents, in an envelope designated by ***, with delivery fees provided for, and with delivery requested for the next business day.

Executed on September 17, 2010 at Los Angeles, California.

[X]  **(State)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]  **(Federal)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

BENJAMIN NACHIMSON         /s/ Benjamin Nachimson
Print Name                 Signature

-4-

**BANK OF AMERICA'S OPPOSITION TO MOTION TO VALUE COLLATERAL AND STRIP LIENS**