Barbara A. Smart, Esq., S.B. #147719
Smart Legal Services
Attorney at Law
22693 Hesperian Blvd., Suite 210
Hayward, CA 94541

Telephone: (510) 670-0101
Fax: (510) 783-1645
Attorney for Debtor(s).

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: <br><br> **SYLVESTRE GAYTAN** <br><br> Debtor(s). | Case No.: 10-32657 <br> Chapter: 13 <br><br> **STIPULATION TO CONTINUE HEARING** |

It is hereby stipulated that the hearing scheduled for November 10, 2010 at 9:30 AM be continued to January 19, 2011 at 9:30 AM. This continuance is contingent upon the following:

1. Claim 15-1 BAC Home Loans has submitted a claim in the amount of $5440.86 for pre petition arrearages due for the months of June 2010 and July 2010. Debtor contends that these payments have been made and is in the process of obtaining evidence of the transactions. Based upon the evidence the debtor provides, this office will either object to the claim based on the payments made or file an amended plan to include the claim arrearages. This will be resolved prior to the continued hearing date.

2. The Order for the Motion to Value Collateral has not been obtained.  Counsel for Bank of America has requested a 30 day continuance to obtain their own appraisal of the real property.  The Debtor has agreed to the appraisal and this office provided opposing counsel with debtor's contact information on 09/27/10.  Opposing counsel has not conducted the appraisal as of this date.  Our office will allow time for opposing counsel to conduct this appraisal and resolve the matter prior to the next continuance.

Upon satisfaction of the above contingency, the case is continued; if the above contingency is resolved by the continued date, the case may be dismissed on the request of the Trustee.

It is hereby stipulated.

Dated:   November 2, 2010             BY:  /s/  David Burchard
                                           DAVID BURCHARD, Chapter 13 Trustee


Dated:   November 2, 2010             BY: /s/*Barbara A. Smart*
                                           BARBARA A. SMART, Attorney for Debtor